B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Freeman Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Freeman's Men Shop; DBA Freeman's Menswear** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**54-1956079** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7335 Midlothian Turnpike**<br>**Richmond, VA**<br>ZIP Code **23225** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Richmond City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7335 Midlothian Turnpike Richmond, VA 23225** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Freeman Enterprises, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Freeman Enterprises, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Graham T. Jennings, Jr., PC**
Signature of Attorney for Debtor(s)

**Graham T. Jennings, Jr., PC**
Printed Name of Attorney for Debtor(s)

**Barry Hodge, Esq.**
Firm Name

**P.O. Box 426**
**Powhatan, VA 23139**

Address

**Email: barrychodgeesq@verizon.net**
**(804) 598-0044  Fax: (877) 598-4668**
Telephone Number

**April 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Wade Roger Freeman**
Signature of Authorized Individual

**Wade Roger Freeman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 24, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

247 Inc.
45 Patton Drive
East Brunswick, NJ 08816


Actex International Corp.
18-45 Steinway Street
Astoria, NY 11105-1010


ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967


Allied Waste Company
Allied Waste Services #965
2490 Charles City Road
Richmond, VA 23231-4402


American Utex
463 Seventh Avenue
Suite 600
New York, NY 10018


Andrew Biondi, Sands Anderson
1111 East Main Street
PO Box 1998
Richmond, VA 23218-1998


Assante Fashions
140 58th Street
Suite 41
Brooklyn, NY 11220-2526


Bailey Hat Company
50 Denver Road
Denver, PA 17517


Benuro
310 East Broad Street
Richmond, VA 23219


Blu Martini
124 Walton
Box 728
Philipsburg, PA 16866

Broner, Inc.
1750 Harmon Road
Auburn Hills, MI 48326


C.D.B. Apparel, Inc.
350 Fifth Avenue
Suite 2220
New York, NY 10118


Capital Business Credit, LLC
Kerry Morgan - Collections
One Brixham Green, Suite 300
Charlotte, NC 28277


Cavalier Business Comm
PO Box 9001111
Louisville, KY 40290-1111


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-0803


City of Richmond Utilities
Department of Public Utilities
PO Box 26060
Richmond, VA 23274


Corporate TurnAround
95 North Route 17
Suite 310
Paramus, NJ 07652


Craig A. Diehl
3464 Trindle Road
Camp Hill, PA 17011


DAL, Inc.
300 East Madison Avenue
Clifton Heights, PA 19018-0162


Davis Bros. Accessories, LLC
PO Box 2153
Asheboro, NC 27204

Dominion Virginia Power
PO Box 26543
Richmond, VA 23290-0001


Don Mart Clothes, Inc.
114 Walton Street
Philipsburg, PA 16866-2500


Dorfman-Pacific Company
2615 Boeing Way
Stockton, CA 95206


Dream World
10073 Sandmeyer Lane
Philadelphia, PA 19116-3501


Dubal Brothers
1006 Oakmead Drive
Arlington, TX 76011


Emmy Corporation
PO Box 1482
Lenox Hill Station
New York, NY 10021


ExcelHigh, Inc.
120 Secatogue Avenue
Farmingdale, NY 11735


First Data Merchant Services
First Data Global Leasing
PO Box 407092
Fort Lauderdale, FL 33340


Gilton Company
2219 N. La Paz Drive
Claremont, CA 91711


Givaldi of Italy
640 S. Hill Street
Suite A-27
Los Angeles, CA 90014

Globe Footwear Corp.
190 W. Westfield Ave.
Roselle Park, NJ 07204


Gruppo Bravo Menswear
761 S. Los Angeles Street
Los Angeles, CA 90014


Hana Financial, Inc.
Toni Rios - Collections
1000 Wilshire Blvd., 20th Fl.
Los Angeles, CA 90017


Hazan Shoes, Inc.
18537 E. Gale Avenue
City of Industry, CA 91748


Hoffman Communications, Inc.
Cavell Phillips
4301 W. Hundred Road
Chester, VA 23831


Hutspah Shirts
185 W. Wyoming Avenue
Philadelphia, PA 19140


IMM Neckwear
PO Box 390720
Minneapolis, MN 55439-0720


Jackie Vital Corp.
57 Carton Place
Brooklyn, NY 11218-1849


JG Trybus
5535 Red Bird Center Drive
Suite 120
Dallas, TX 75237-1900


Jimmy Sales Neckwear
253 44th Street
Brooklyn, NY 11232

Jon Heitner
205 Meadowood Lane
Moreland Hills, OH 44022


Kangol Headwear, Inc.
PO Box 933738
Atlanta, GA 31193-3738


Keepers International
9420 Eton Avenue
Chatsworth, CA 91311


L. Mayers
Park Avenue Neckwear
1400 Aliccanna Street
Baltimore, MD 21231-2801


L.N.D. Neckwear
Steven Land
35 Meadow Street
Albany, NY 12206


Laburnum Investment, LLC
c/o Forest City Managment, Inc
50 Public Square, Ste. 700
Cleveland, OH 44113-2203


LaVane Apparel
191 Vincent Avenue
Lynbrook, NY 11563


Mark Millard Enterprises
7121 Park Heights Avenue
Suite 801
Baltimore, MD 21215


Merc U.S.A., Inc.
41 Newman Street
Hackensack, NJ 07601


NCP Direct Sourcing
386 Park Avenue South
Ste 205
New York, NY 10016

Olympic Mall Services
PO Box 800336
Houston, TX 77280-0336


Ponte Atlantico, Inc.
Christopher Lena Shirt Company
937 East Sandhill Avenue
Carson, CA 90746-1211


Power Play, Inc.
850 S. Broadway #1006
Los Angeles, CA 90014


Protocol Textiles
30835 Ten Mile Road
Suite 2
Farmington, MI 48336


Rapid Plastics, Inc.
37 Alabama Avenue
Brooklyn, NY 11207


RHE Hatco, Inc.
601 Marion Drive
Garland, TX 75042


Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY 10018


Rosenthal & Rosenthal, Inc.
Ms. Lily Li - Collections
1370 Broadway
New York, NY 10018


San Malone Enterprises, Inc.
19865 E. Harrison Avenue
City of Industry, CA 91789


Silversilk Group
135 Grand Street
Unit A
Carlstadt, NJ 07072

SLC & Company
1835 NW 21 Terrace
Miami, FL 33142


Stacy Adams Jewelry
7781 First Place
Bedford, OH 44146


Stacy Adams Shoes
PO Box 1188
Milwaukee, WI 53201


Status Mens Accessories
7781 First Place
Oakwood Village, OH 44146


Stephen A. Angelidis, Esq.
Steingold & Angelidis, PLC
4905 Radford Avenue, Ste 100
Richmond, VA 23230


Strategic Funding
1501 Broadway
Suite 360
New York, NY 10036


The CIT Group/Commercial
A/R Service Representative
134 Wooding Avenue
Danville, VA 24541


Thompson Belts Works
433 N. Lakeshore Drive
Carrollton, GA 30117


U.S. Pest Control
PO Box 350
Highland Spring, VA 23075


VA Department of Taxation
VA Retail Sales and Use Tax
PO Box 26627
Richmond, VA 23261-6627

Venezzi, Inc.
1700 Wall Street #A
Los Angeles, CA 90015-3719


Vinci Enterprise Corp.
110 West 40th Street
Suite 209
New York, NY 10018


Voyage International, Inc.
516 Devonshire Road
Hauppauge, NY 11788


Weil Family Agency
500 North Shoreline Blvd.
#1118
Corpus Christi, TX 78471-1013


Weinstein Management Co., Inc.
603 Westover Hills Blvd
Richmond, VA 23225


Yale Trouser Corporation
66 Randall Avenue
Rockville Centre, NY 11570


Zanjan, Inc.
dba Bassiri
1440 E Washington Boulevard
Los Angeles, CA 90021-3040